

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
 Claire R. Kelly
    Judge

August 11, 2026

Brady Warfield Mills, Esq.
Donald B. Cameron, Jr., Esq.
Edward J. Thomas, III, Esq.
Eugene Degnan, Esq.
Jordan L. Fleischer, Jr., Esq.
Julie Clark Mendoza, Esq.
Mary Shannon Hodgins, Esq.
Nicholas C. Duffey, Jr. Esq.
Rudi Will Planert, Esq.
Morris, Manning & Martin, LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
Email:       bmills@mmmlaw.com
             dcameron@mmmlaw.com
             ethomas@mmmlaw.com
             edegnan@mmmlaw.com
             jfleischer@mmmlaw.com
             jmendoza@mmmlaw.com
             mhodgins@mmmlaw.com
             nduffey@mmmlaw.com
             wplanert@mmmlaw.com

Jarrod Mark Goldfeder, Esq.
Kenneth Neal Hammer, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Email:       jgoldfeder@tradepacificlaw.com
             khammer@tradepacificlaw.com

Yujin Kim McNamara, Esq.
Daniel Martin Witkowski, Esq.
Devin Scott Sikes, Esq.
Sung Un K. Kim, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006
Email:          ymcnamara@akingump.com
                dwitkowski@akingump.com
                dsikes@akingump.com
                sungun.kim@akingump.com

Augustus J. Golden, Esq.
U.S. Department of Justice
National Courts Section
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:          augustus.j.golden@usdoj.gov

Jack Dunkelman, Esq.
Of Counsel
U.S. Department of Commerce
1401 Constitution Avenue, NW
Suite 3629
Washington, DC 20009
Email:          jack.dunkelman@trade.gov

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Derick G. Holt, Esq.
Enbar Toledano, Esq.
Maureen Elizabeth Thorson, Esq.
Paul A. Devamithran, Esq.
Theodore Paul Brackemyre, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Email:          aprice@wiley.law
                ateslik@wiley.law
                cweld@wiley.law
                dholt@wiley.law

etoledano@wiley.law
mthorson@wiley.law
pdevamithran@wiley.law
tbrackemyre@wiley.law

Re:   *Hyundai Steel Company v. United States*
      Consol. Court No. 24-00190

Dear Counsel:

It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Friday, August 28, 2026. The court has double-bracketed information that was designated as confidential in the underlying record.  However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Thursday, August 27, 2026, in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version.  If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,
 /s/ Claire R. Kelly
Claire R. Kelly, Judge